Before the Second Division, February 21, 1939

**No. 40663.**—Protests 949077–G, etc., of Frank Associates, Inc. (New York).

Opinion by Tilson, J. Woven fabrics in chief value of metal threads of tinsel wire, lame, or lahn were held dutiable at 40 percent ad valorem under paragraph 385, Tariff Act of 1930, and T. D. 48316.

**No. 40664.**—Petition 5671–R of Biddle Purchasing Co. (New York).

Opinion by Tilson, J. It appeared that the advance in the appraised value was because the importer included too large an amount in nondutiable charge of cartage and lighterage. Being satisfied from a careful examination of the record that there was no intent to defraud the revenue the court granted the petition.

**No. 40665.**—Protest 972540–G of Hormann, Schutte & Co., Inc. (New York).

Opinion by Kincheloe, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

**No. 40666.**—Protests 807385–G, etc., of Joshua Hoyle & Sons, Ltd., Inc. (New York).

Opinion by Kincheloe, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

**No. 40667.**—Protests 919345–G, etc., of Ratsey & Lapthorn, Inc. (New York).

Opinion by Kincheloe, J. In accordance with stipulation of counsel and on the authority of *Ratsey & Lapthorn* v. *United States* (T. D. 47901) the claim under paragraph 904 (a) was sustained.